**Exhibit A**

Table of Last-Observed Infringements by Defendants of Devils Film's Copyright in the Motion Picture "Teacher's Got A Tight Pussy 3," Copyright Reg. No. PA0001777163

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.195.225 | 2012-02-20 23:43:21 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 2 | 108.20.213.163 | 2012-01-17 01:35:25 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 3 | 108.20.236.47 | 2012-02-19 00:59:46 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 4 | 108.20.35.91 | 2012-01-30 00:19:58 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 5 | 108.49.106.169 | 2012-01-16 22:44:43 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 6 | 108.49.253.28 | 2012-01-28 21:02:35 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 7 | 173.48.119.29 | 2012-01-22 05:53:09 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 8 | 173.48.186.242 | 2012-02-05 00:59:53 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 9 | 173.76.42.108 | 2012-01-02 23:59:29 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 10 | 174.62.231.236 | 2012-02-11 14:02:57 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 11 | 24.2.141.70 | 2012-01-17 16:48:56 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 12 | 24.218.222.124 | 2012-01-14 21:14:51 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 13 | 24.218.253.158 | 2012-03-14 16:48:35 -0400 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 14 | 24.25.137.199 | 2012-03-02 07:23:10 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 15 | 24.60.208.122 | 2012-01-23 11:30:55 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 16 | 24.61.211.13 | 2012-01-18 23:13:13 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 17 | 24.62.43.143 | 2012-01-25 17:36:27 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 18 | 24.63.109.214 | 2012-01-26 21:06:07 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 19 | 50.133.236.214 | 2012-02-03 00:59:39 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 20 | 65.96.84.247 | 2012-01-27 14:45:49 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 21 | 66.30.0.159 | 2012-01-20 15:11:41 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 22 | 66.30.110.242 | 2012-01-21 05:09:03 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 23 | 66.30.128.206 | 2012-01-11 17:45:00 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 24 | 66.30.6.150 | 2012-01-19 14:55:03 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 25 | 66.30.63.208 | 2012-01-20 00:59:49 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 26 | 67.248.45.172 | 2012-01-20 21:10:16 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 27 | 67.252.35.187 | 2012-02-28 21:14:56 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |

| | | | | | |
|---|---|---|---|---|---|
| Doe 28 | 67.252.35.230 | 2012-03-13 18:56:41 -0400 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 29 | 67.252.36.120 | 2012-01-29 13:58:28 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 30 | 67.252.36.68 | 2012-02-04 17:15:05 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 31 | 68.187.218.17 | 2012-01-20 02:19:12 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 32 | 69.193.27.41 | 2012-01-04 02:11:13 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 33 | 71.184.194.130 | 2012-01-11 01:28:51 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 34 | 71.184.198.166 | 2012-01-11 17:46:37 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 35 | 71.184.198.246 | 2012-01-16 14:53:54 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 36 | 71.184.204.217 | 2012-01-20 16:54:24 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 37 | 71.192.201.204 | 2012-01-15 21:07:35 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 38 | 71.192.216.107 | 2012-01-16 00:40:09 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 39 | 71.192.245.250 | 2012-01-01 13:23:25 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 40 | 71.232.117.75 | 2012-02-01 14:22:34 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 41 | 71.232.124.8 | 2012-01-17 21:01:07 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 42 | 71.232.127.135 | 2012-01-30 15:23:03 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 43 | 71.233.3.38 | 2012-01-04 01:16:40 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 44 | 71.234.241.130 | 2012-02-23 09:44:06 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 45 | 72.93.110.247 | 2012-03-20 21:14:40 -0400 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 46 | 74.76.20.208 | 2012-02-01 16:19:25 -0500 | Road Runner | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 47 | 75.68.105.158 | 2012-01-03 23:59:54 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 48 | 75.69.117.177 | 2012-02-11 00:59:50 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 49 | 76.24.144.160 | 2012-02-06 13:09:34 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 50 | 76.24.190.82 | 2012-01-11 21:31:10 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 51 | 96.233.100.17 | 2012-01-18 07:05:20 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 52 | 96.233.32.40 | 2012-02-03 00:59:39 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 53 | 96.233.55.232 | 2012-01-21 15:14:47 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 54 | 96.237.105.221 | 2012-01-17 13:19:18 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 55 | 96.237.105.81 | 2012-01-18 11:08:35 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 56 | 96.237.249.79 | 2012-02-18 21:12:01 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 57 | 96.32.243.185 | 2012-01-10 23:17:34 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 58 | 97.80.108.85 | 2012-03-08 19:53:29 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 59 | 98.110.245.92 | 2012-01-18 09:14:39 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 60 | 98.118.73.141 | 2012-01-30 00:59:20 -0500 | Verizon Internet Services | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 61 | 98.216.250.35 | 2012-01-02 14:30:44 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 62 | 98.216.75.83 | 2012-01-17 20:18:34 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |
| Doe 63 | 98.217.126.79 | 2012-02-10 19:10:31 -0500 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |

| Doe 64 | 98.229.209.117 | 2012-03-16 12:49:22 -0400 | Comcast Cable | BitTorrent | 8edfe857bc7be3c1b2972dd1db3300df6c7409c3 |