# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

_____

Media Products, Inc. DBA Devil's Film

v.                                                                                               Civil Action No. 12-CV-30083-KPN

DOES 1-64 (John Doe No.48)

_____

### MOTION TO AMEND and/or SUBSTITUTE PLEADINGS

      Now Comes the Defendant who moves this Honorable Court to permit the Motion to Amend and/or Substitute the Pleadings to include the corrected John Doe number and a corrected format to have double spaced lines.

Counsel states that after conferring with a representative from Plaintiff's office it was noted that the format had been mistakenly submitted with prior pleadings and that there was no certificate included pursuant to Local Rule 701(a)(2).

Counsel now requests that this Honorable Court permit him to submit the corrected pleadings in order to narrow and clarify the Defendants pleadings in the above captioned matter.

Respectfully submitted,
/s/ Jedd L. Hall
Jedd L. Hall
Attorney for John Doe 48
PO Box 144
Lenox Dale, MA 01242
413-329-4339
BBO# 636000

**CERTIFICATE OF SERVICE**

I, Jedd L. Hall, of PO Box 144, Lenox Dale, MA 01242, attorney for the Defendant, hereby certify that I, this day, July 6, 2012, sent via first class mail the enclosed to Marvin Cable, 73 Bridge Street, Suite #6, Northampton, MA 01060.

/s/ Jedd L. Hall

Jedd L. Hall

BBO# 636000